Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRI BROOKS-JOSEPH,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, SEATTLE CITY LIGHT, LOURDES PODWALL and JOHN DOE PODWALL and the marital community composed thereof, SUSAN DAVIDSON and JOHN DOE DAVIDSON and the marital community composed thereof, BRITT LUZZI and JOHN DOE LUZZI and the marital community composed thereof, SHARON HUNTER and JOHN DOE HUNTER and the marital community composed thereof,<br><br>　　　　　　　　　Defendants. | No.   2:22-cv-01078-RSL<br><br>**MOTION AND ORDER<br>TO EXTEND DEADLINE FOR<br>SETTLEMENT CONFERENCE** |

　　　Comes now the Plaintiff, Terri Brooks-Joseph, by and through her attorney of record, Vicky J Currie, and requests to extend the July 23, 2023 Settlement Conference deadline in this case. To support this request counsel states the following:

1. Both parties have been attempting to find an agreed upon mediator and mediation date that works with everybody's schedule for quite some time.

MOTION AND ORDER
TO EXTEND DEADLINE FOR
SETTLEMENT CONFERENCE

**Vicky J Currie**
Currie Law Firm
732 Pacific Avenue
Tacoma, WA 98402
Ph 253.588.9922
Fax 253.983.1545
currielawfirm@gmail.com

2. We originally planned to mediate on July 6, 2023, but Ms. Currie was unable to clear her schedule in time to book the agreed upon mediator.

3. Both parties have recently agreed to mediate with the same agreed upon mediator on July 24, 2023.

4. Counsel for the Defendants are not opposed to this motion.

For the preceding reasons, we ask that the court extend the July 23, 2023 Settlement Conference deadline so we can complete mediation on July 24, 2023.

DATED this 20th day of June, 2023.

VICKY J CURRIE
Currie Law Group

By: /s/Vicky J Currie
VICKY J. CURRIE, WSBA #24192
Currie Law Group
732 Pacific Ave.
Tacoma, WA  98402-5208
Ph: (253) 588-1955
Fax: (253) 983-1545
currielawfirm@gmail.com

*Attorney for Plaintiff*

MOTION AND ORDER
TO EXTEND DEADLINE FOR
SETTLEMENT CONFERENCE

Vicky J Currie
Currie Law Firm
732 Pacific Avenue
Tacoma, WA 98402
Ph 253.588.9922
Fax 253.983.1545
currielawfirm@gmail.com

# ORDER

THIS MATTER having come before the above-entitled court upon stipulation of counsel, the court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the Settlement Conference Deadline in this matter is extended to __July 31, 2023__ so mediation can take place on July 24, 2023.

DONE IN OPEN COURT this __21st__ day of __June__, 2023.

_____
JUDGE

Presented by:                              Approved by:

VICKY J CURRIE                             ANN DAVISON
Currie Law Group                           Seattle City Attorney

By: /s/Vicky J Curie                       By: /s/Katrina R Kelly
VICKY J. CURRIE, WSBA #24192               KATRINA R. KELLY, WSBA #28435
Currie Law Group                           KATHRYN L. CHILDERS, WSBA #45231
732 Pacific Ave                            Assistant City Attorneys
Tacoma, WA 98402-5208                      Seattle City Attorney's Office
Ph: (253) 588-1955                         701 Fifth Ave., Suite 2050
Fax: (253) 983-1545                        Seattle, WA 98104-7095
currielawfirm@gmail.com                    Ph: (206) 684-8200
                                           Fax: (206) 684-8284
*Attorney for Plaintiff*                   katrina.kelly@seattle.gov
                                           kathryn.childers@seattle.gov

                                           *Attorneys for Defendants*
                                           *City of Seattle and Seattle City Light*

MOTION AND ORDER
TO EXTEND DEADLINE FOR
SETTLEMENT CONFERENCE

**Vicky J Currie**
Currie Law Firm
732 Pacific Avenue
Tacoma, WA 98402
Ph 253.588.9922
Fax 253.983.1545
currielawfirm@gmail.com